## AXTELL v. THE STATE OF INDIANA.

[No. 6,562.   Filed January 15, 1909.]

From Lawrence Circuit Court; James B. Wilson, Judge.

Action by The State of Indiana against Harry A. Axtell. From a judgment for plaintiff, defendant appeals. Affirmed.

Robert G. Miller and Duncan & Batman, for appellant.

James Bingham, Attorney-General, Fred N. Fletcher, Prosecuting Attorney, A. G. Cavins, H. M. Dowling and E. M. White, for the State.

ROBY, J.—This case is affirmed on the authority of Axtell v. State (1909), ante, 131.   The records in the cases are identical, except that the recognizance bond in this case was to secure the appearance of Charles Hegwood to answer to a charge of rape on the person of Iva York Hegwood on June 1, 1905, and the bond in Axtell v. State, supra, was to secure Hegwood's appearance to answer to a charge of the same crime on the person of Bessie York Hegwood on October —, 1904.